NUMBER 13-04-034-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
AURELIANO GONZALEZ, ET AL.,                                      Appellants,

v.

WALGREEN CO., D/B/A 
WALGREEN DRUG STORES,                                               Appellee.
_________________________________________________________

On appeal from the 138th District Court
of Cameron County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Memorandum Opinion Per Curiam

         Appellants, AURELIANO GONZALEZ, ET AL., perfected an appeal from a
judgment entered by the 138th District Court of Cameron County, Texas, in cause
number 2002-07-2659-B. The parties have filed a joint motion to dismiss the appeal. 
In the motion, the parties state that they have reached an agreement to settle and
compromise their differences in this matter. The parties request that this Court
dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
 
                                                                        PER CURIAM
Memorandum Opinion delivered 
and filed this the 22nd day of July, 2004.